IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EVEREST STABLES, INC.,** | : | CIVIL ACTION NO. 1:14-CV-1631 |
| | : | |
| Plaintiff | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL JESTER, PENN RIDGE FARMS, LLC, and THOMAS REIGLE,** | : | |
| | : | |
| Defendants | : | |

# ORDER

AND NOW, this 9th day of March, 2016, upon consideration of the motion (Doc. 38) by Everest Stables, Inc., ("Everest"), pursuant to Federal Rule of Civil Procedure 56(a), seeking partial summary judgment with respect to certain breach of contract theories asserted in Count I of its amended complaint (Doc. 37), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. Everest's motion (Doc. 38) for partial summary judgment is DENIED.

2. The parties shall meet and confer with the goal of developing a proposed schedule for further proceedings. On or before **Friday, March 18, 2016**, the parties shall submit a joint proposed schedule to the court or, in the event the parties are unable to agree, shall submit individual proposed schedules for the court's consideration.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania